UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WALCOTT,<br><br>                              Petitioner,<br><br>         -against-<br><br>WARDEN LEMON,<br><br>                              Respondent. | 17-CV-8852 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 10, 2018, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 10, 2018
         New York, New York

                                                          _____
                                                          COLLEEN McMAHON
                                                          Chief United States District Judge